JS-6

Fernando J. Bernheim, Esq. (SBN: 222295)
LAW OFFICES OF FERNANDO J. BERNHEIM, APC
222 N. Mountain Avenue
Suite 108
Upland, CA 91786
Phone: (909) 949-1960
fjb@fjblaw.com

```
FILED - EASTERN DIVISION
CLERK, U.S. DISTRICT COURT

       DEC 1 5 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gloria Arroyo, individudally and as Successor in Interest of the Estate of Gonzalo Arroyo<br><br>Plaintiff(s),<br><br>v.<br><br>County of San Bernardino, a local public entity; San Bernardino County Sheriff's Department, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>ED-CV-14-00276 VAP (DTBx)<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: *(Check one)*

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from *(check one)* ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

December 3, 2014                      *[signature]*
_____                       _____
     Date                             Signature of Attorney/Party

**NOTE:** *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

```
IT IS SO ORDERED.
DATED:            12/15/14
    [signature] Virginia A. Phillips
UNITED STATES DISTRICT JUDGE
```

CV-09 (03/10)     NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)